**James Everett Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
**(484) 626-3942**
**jeshelton595@gmail.com**

**Plaintiff, Pro Se**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **JAMES EVERETT SHELTON** : | **No. 2:22-cv-01388** |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | Honorable Karen S. Marston |
| : | |
| **NEW BRIDGE MERCHANT CAPITAL** : | |
| **LLC, & GUISEPPE TURRICIANO, A/K/A** : | |
| **JOSEPH TURRICIANO** : | |
| : | |
| **Defendants** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE:

Plaintiff JAMES EVERETT SHELTON hereby dismisses this entire action against all

Defendants with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: May 4, 2022

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se